UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TERRY D. LEDBETTER, | ) |
| Plaintiff, | ) |
| vs. | ) 1:13-cv-01173-SEB-TAB |
| CAROLYN COLVIN, | ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Attorney's Fees. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Plaintiff is entitled to $5,393.20, paid directly to Plaintiff and subject to an offset to satisfy any pre-existing debt to the Government. If the Government determines no pre-existing debt exists, payment may be made to Plaintiff's counsel. The Commissioner submit the claim for payment within seventy days of this order or as soon as it decides to forego an appeal under Fed. R. App. Proc. 4(a)(1)(B), whichever is earlier.

04/23/2015

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system